UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN LARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL CARDONA[1], in his official capacity as Secretary of the United States Department of Education,<br><br>　　　　Defendant. | Case No. 2:24-cv-05466-KK-BFM<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

　　The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Defendant, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　IT IS SO ORDERED.

Dated: February 6, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Acting Secretary, Denise L. Carter, is automatically substituted for her predecessor under Fed. R. Civ. P. 25(d).